**FILED**
**JANUARY 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 215**

| | | |
|---|---|---|
| Ann Francis Gelso | ) | Judge |
| v. | ) | |
| | ) | |
| | ) | **JUDGE HOLDERMAN** |
| Correctional Officer Jane Doe | ) | **MAGISTRATE JUDGE MASON** |

COMPLAINT

Now comes the plaintiff Ann Francis Gelso, by and through his attorney, Thomas G. Morrissey, Ltd, and alleges as follows:

1. This is a civil action seeking damages against the defendants for committing acts under color of law, which deprived the plaintiff of rights secured under the Fourth, Eighth and Fourteenth Amendments to the Constitution. Jurisdiction is proper in this Court pursuant to 28 U.S.C. Sec. 1343 and 2201 and pursuant to 42 U.S.C. Sect. 1983 and 1988.

2. Plaintiff Ann Francis Gelso is a resident of the Northern District of Illinois.

3. Defendant Jane Doe is a correctional officer for the Sheriff of Cook County. During all times relevant to this incidence, Officer Jane Doe was acting under color of law.

4. On or about January 28, 2006, plaintiff was a detainee at the Cook County Department of Corrections ("Jail) assigned to Division 3.

5. During the evening of January 28, 2006, Correction Officer Jane Doe was assigned to Division 3, Tier B-2 as a tier officer when plaintiff approached Officer Jane Doe to inform her that several inmates had threatened to kill her. Plaintiff Gelso asked Officer Doe to move her into another cell and tier for her own protection. Defendant Jane Doe refused to move the plaintiff to relocate the plaintiff to another cell and tier.

6. That Officer Jane Doe had a duty to protect the plaintiff form violence at the hands of the other inmates. Although Officer Doe had actual knowledge that the plaintiff was at risk of bodily harm from the other inmates, she deliberately disregarded the risk to the plaintiff

7. After plaintiff was denied assistance by Defendant Jane Doe, she was attacked that evening by four detainees when she entered her cell. Plaintiff was stabbed in the head with a shank and was hit numerous times in the face by the other detainees.

8. As a direct and proximate result of defendant Jane Doe's failure to protect the plaintiff from the actions of the detainees , plaintiff sustained neurological injuries, suffered great pain and lost seven teeth.

Wherefore, Plaintiff Gelso prays for an award as follows:

A. Award the plaintiff compensatory damages in an amount in excess of $50,000.

B. Award the plaintiff court costs and attorney fees under 42 U.S.C. Sect. 1988.

Respectfully submitted,

/s/Thomas G. Morrissey
Attorney for the Plaintiff

Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, Il. 60643
773-233-7900