IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ann Francis Gelso | ) | No. 08 C 215 |
| v. | ) | |
| | ) | Judge James Holderman |
| | ) | |
| Correctional Officer Jane Doe | ) | Magistrate Judge Mason |

MOTION TO SEEK DISCOVERY PRIOR TO Rule 26(f) CONFERENCE

Now comes the plaintiff Ann Francis Gelso, by and through his attorney, Thomas G. Morrissey, Ltd, and seeks leave to take limited discovery of the Sheriff of Cook County prior to a Rule 26(f) conference. In support of this motion, plaintiff states as follows:

1. The plaintiff is a former detainee at the Cook County Department of Correction. On January 28, 2006, plaintiff alleges that prior to being attacked by four inmates in Division 3, Tier B-2, she asked the tier officer to reassign her to a different tier because of repeated threats made against her by the inmates in her tier. Plaintiff alleges that the tier officer deliberately ignored her request to change her tier assignment and that she was subsequently severely beaten that night by four inmates.

2. The name of the tier officer assigned to Division 3, Tier B-2 is unknown to the plaintiff.

3. The identity of the correctional officers assigned to Division 3, tier B-2 on January 28, 2006 can be determined by reviewing the roster records for that date and also the "Officer's Living Unit Logs" for that date.

4. Additionally, on information and belief, an incident report was prepared by Captain Perez regarding the injuries to the plaintiff.

5.	Plaintiff is seeking limited discovery prior to January 25, 2008 to determine the names of the officers on duty in Division 3, Tier B-2 on January 28, 2006.

Wherefore plaintiff prays for an order allowing limited discover to go forward and be completed prior to January 25, 2008 regarding the names of the correctional officers assigned to Division 3, Tier B-2 the evening when the plaintiff was injured by inmates in her housing tier..

Respectfully submitted,

/s/Thomas G. Morrissey
Attorney for the Plaintiff

Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, Il. 60643
773-233-7900