IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ann Francis Gelso

           )    No. 08 C 215

    v.          )

           )    Judge Holderman

           )

Correctional Officer Jane Doe    )    Magistrate Judge Mason

NOTICE OF MOTION

To:    See Service List

      Please take notice that on January 15, 2008 at 9:00 a.m.or as soon thereafter as this motion may be heard, I shall appear before the Honorable James Holderman , of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 2541, 219 S. Dearborn Street, Chicago, Illinois, or in the absence of said Judge, before any other Judge or Magistrate who may be sitting in place or stead of said Judge and then and there present Plaintiff's MOTION TO SEEK DISCOVERY PRIOR TO Rule 26(f) CONFERENCE at which time and place you appear if you so desire.

      Dated this 10th day of January, 2008 at Chicago, Illinois.

                                Respectfully submitted,

                                /s/ Thomas G. Morrissey
                              One of the plaintiffs attorneys

Thomas G. Morrissey
10249 S. Western Ave.
Chicago, Il. 60643
(773)233-7900

Certificate of Service

    Thomas G. Morrissey states that he served the Plaintiff's MOTION TO SEEK DISCOVERY PRIOR TO Rule 26(f) CONFERENCE on the undersigned attorney by facsimile and U.S. Mail on January 10, 2008.

                                  /s/<u>Thomas G. Morrissey</u>


Mr. Patrick T. Driscoll  
Chief of Civil Action Bureau  
Office of the Cook County State's Attorney  
500 Richard J. Daley Center  
Room 575  
Chicago, Il. 60602