# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ann Frances Gelso

                    Plaintiff,

v.                                        Case No.: 1:08–cv–00215

                                        Honorable James F. Holderman

Jane Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge James F. Holderman : Plaintiff Ann Frances Gelso's motion for discovery prior to Rule 26(f) Conference [5] is granted. Defendants are ordered to provide the requested information no later than 1/24/2008 at 5:00 PM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.