IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ann Francis Gelso | ) | |
| v. | ) | 08C 215 |
| | ) | |
| | ) | Judge James Holderman |
| Correctional Officer Castillo #8315 | ) | |

## AMENDED COMPLAINT

Now comes the plaintiff Ann Francis Gelso, by and through his attorney, Thomas G. Morrissey, Ltd, and alleges as follows:

1. This is a civil action seeking damages against the defendant for committing acts under color of law, which deprived the plaintiff of rights secured under the Fourth, Eighth and Fourteenth Amendments to the Constitution. Jurisdiction is proper in this Court pursuant to 28 U.S.C. Sec. 1343 and 2201 and pursuant to 42 U.S.C. Sect. 1983 and 1988.

2. Plaintiff Ann Francis Gelso is a resident of the Northern District of Illinois.

3. Defendant Officer Castillo is a correctional officer for the Sheriff of Cook County. During all times relevant to this incidence, Officer Castillo was acting under color of law.

4. On or about March 22, 2006 plaintiff was a detainee at the Cook County Department of Corrections ("Jail) assigned to Division 3, Tier B-2.

5. During the evening of March 22, 2006, Correction Officer Castillo was assigned to Division 3, Tier B-2 as a tier officer when plaintiff approached Officer Castillo to inform her that several inmates had threatened to kill her. Plaintiff Gelso asked Officer Castillo to move her into another cell and tier for her own protection. Defendant Castillo refused to relocate the plaintiff to another cell and tier.



6. That Officer Castillo had a duty to protect the plaintiff form violence at the hands of the other inmates. Although Officer Castillo had actual knowledge that the plaintiff was at risk of bodily harm from the other inmates, she deliberately disregarded the risk to the plaintiff

7. After plaintiff was denied assistance by Defendant Castillo, she was attacked that evening by three detainees when she entered her cell. Plaintiff was stabbed in the head with a shank and was hit numerous times in the face by the other detainees.

8. As a direct and proximate result of defendant Castillo's failure to protect the plaintiff from the actions of the detainees, plaintiff sustained neurological injuries, suffered great pain and lost several teeth.

Wherefore, Plaintiff Gelso prays for an award as follows:

A. Award the plaintiff compensatory damages in an amount in excess of $50,000.

B. Award the plaintiff court costs and attorney fees under 42 U.S.C. Sect. 1988.

Respectfully submitted,

/s/Thomas G. Morrissey
Attorney for the Plaintiff

Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, Il. 60643
773-233-7900


