IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ann Francis Gelso )
 )
    v. ) 08C 215
 )
 ) Judge James Holderman
Correctional Officer Castillo #8315

NOTICE OF FILING

To: See Service List

    Please Take Notice that on January 29, 2008, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, an Amended Complaint.

    Dated this January 29, 2008 at Chicago, Il.

                        Respectfully submitted

                        /s/ Thomas G. Morrissey

Thomas G. Morrissey, ltd
10249 S. Western Ave.
Chicago, Il. 60643

