# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Gelso v. Castillo

Case Number:

08  C 215

Judge: **James F. Holderman**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Pedro Castillo

SIGNATURE  /s/ Romano D. DiBenedetto, ARDC # 6220301, r.dibenedetto@cookcountygov.com

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)          TELEPHONE  NUMBER

# 6220301                                        (312) 603-4634

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☒          NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐          NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐       NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?          YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐