UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ann Francis Gelso, | ) | |
|     Plaintiff, | ) | 08 C 215 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| Correctional Officer Castillo #8315, | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING

TO:   Thomas G. Morrisey, Ltd.
        10249 South Western Avenue
        Chicago, IL 60643

PLEASE TAKE NOTICE that on **March 14, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **APPEARANCE ON BEHALF OF DEFENDANT CORRECTIONAL OFFICER CASTILLO**.

| | |
|---|---|
| RICHARD A. DEVINE | Respectfully submitted, |
| State's Attorney of Cook County | RICHARD A. DEVINE |
| 500 Richard J. Daley Center | State's Attorney of Cook County |
| Chicago, IL 60602 | |
| | By:   s/*Romano D. DiBenedetto* |
| |        Romano D. DiBenedetto |
| |        Assistant State's Attorney |
| |        6220301 |

### CERTIFICATE OF SERVICE

    I, Romano D. DiBenedetto, Assistant State's Attorney, certify that I served this notice by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **March 14, 2008**.

                                      /s Romano D. DiBenedetto
                                        Romano D. DiBenedetto
                                        Assistant State's Attorney