UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ann Francis Gelso, | ) | |
| Plaintiff, | ) | 08 C 215 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| Correctional Officer Castillo #8315, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Thomas G. Morrisey, Ltd.
      10249 South Western Avenue
      Chicago, IL 60643

PLEASE TAKE NOTICE that on **March 14, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **ANSWER BY DEFENDANT CASTILLO TO PLAINTIFF'S AMENDED COMPLAINT**.

RICHARD A. DEVINE                        Respectfully submitted,
State's Attorney of Cook County          RICHARD A. DEVINE
500 Richard J. Daley Center              State's Attorney of Cook County
Chicago, IL 60602

                                  By:    s/*Romano D. DiBenedetto*
                                         Romano D. DiBenedetto
                                         Assistant State's Attorney
                                         6220301

## CERTIFICATE OF SERVICE

I, Romano D. DiBenedetto, Assistant State's Attorney, certify that I served this notice by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **March 14, 2008**.

                       /s Romano D. DiBenedetto
                       Romano D. DiBenedetto
                       Assistant State's Attorney