**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Ann Francis Gelso, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 215 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Holderman |
| Correctional Officer Castillo #8315 | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to LR83.17 of the United States District Court for the Northern District of Illinois, Eastern Division, the undersigned attorney, Kevin Frey, Assistant State's Attorney of Cook County, moves this Honorable Court for leave to withdraw Romano D. DiBenedetto as attorney of record for Defendant, Correctional Officer Castillo #8315 in this action and for leave for the undersigned attorney to substitute as counsel and to file his appearance. In support of this motion, the movant states as follows:

1.  Defendant, Correctional Officer Castillo #8315 is represented in this matter by the Office of the Cook County State's Attorney. The State's Attorney assigned to represent Defendant in this cause of action is Romano D. DiBenedetto.

2.  On May 23, 2008, the Torts and Civil Rights Litigation Section of the Office of the State's Attorney of Cook County reassigned litigation responsibilities for this case to Assistant State's Attorney Kevin Frey.

3.  Kevin Frey is a duly licensed attorney in the State of Illinois.

4.  Plaintiff will not be prejudiced by a substitution of counsel.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant leave to Romano D. DiBenedetto to withdraw as attorney for Defendant and allow Kevin Frey to substitute as attorney and enter his appearance as counsel of record for Defendant, Correctional Officer Castillo #8315.

        Respectfully Submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:    /s/Kevin Frey _____
        Kevin Frey
        Assistant State's Attorney
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-6189
        #6281416