## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Ann Francis Gelso, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 215 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| Correctional Officer Castillo #8315 | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

### NOTICE OF MOTION

**TO:** Thomas G. Morrisey, Ltd.
10249 South Western Avenue
Chicago, Illinois 60643

PLEASE TAKE NOTICE that on **June 10, 2008** at **9:00** a.m., I shall appear before the **Honorable James F. Holderman** in the courtroom usually occupied by **him** in Room **2541** of the United States District Court, Northern District of Illinois, Eastern Division, and present **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:  /s *Kevin Frey*
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6189
#6281416

### CERTIFICATE OF SERVICE

I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **June 2, 2008**.

/s *Kevin Frey*