UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ann Frances Gelso
                     Plaintiff,

v.                                            Case No.: 1:08–cv–00215
                                                Honorable James F. Holderman

Castillo, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

    MINUTE entry before the Honorable James F. Holderman: Defendant Castillo's motion to substitute Kevin Frey in lieu of Romano D. DiBenedetto as attorney [15] is granted. Status hearing set for 7/8/2008 at 9:00 AM. Attorney Romano D. DiBenedetto terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.