IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNE FRANCIS GELSO | ) |
| Plaintiff, | ) |
| v. | ) No. 08 C 215 |
| | ) Judge James Holderman |
| CORRECTIONAL OFFICER PEDRO CASTILLO #8315 | ) |
| Defendant. | ) |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

NOW COME ANNE FRANCIS GELSO, by and through his attorney, THOMAS G. MORRISSEY, and DEFENDANT CORRECTIONAL OFFICER PEDRO CASTILLO #8315, by and through his attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, KEVIN FREY, and move this Honorable Court as follows:

1. The Parties stipulate to the dismissal of the PLAINTIFF'S claims against DEFENDANT CORRECTIONAL OFFICER PEDRO CASTILLO #8315, with prejudice and without costs because the matter has been settled to the mutual satisfaction of the parties.

2. The parties pray that the Court will enter an order of dismissal terminating the case against defendant CORRECTIONAL OFFICER PEDRO CASTILLO #8315, in its entirety.

3. This Court shall retain jurisdiction of this matter in the event that any party fails to fulfill any agreed conditions, and/or pay the agreed settlement amount.

WHEREFORE, Plaintiff and Defendant pray that this Honorable Court enter an order of dismissal terminating the case against DEFENDANT, OFFICER PEDRO CASTILLO, in its entirety, with prejudice and without costs.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Thomas G. Morrissey | /s/ Kevin Frey |
| Thomas G. Morrissey | Kevin Frey |
| 10249 South Western Ave. | Assistant State's Attorney |
| Chicago, IL 60643 | 500 Daley Center |
| (773) 233-7900 | Chicago, Illinois 60602 |
|  | (312) 603-6189 |