IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANNE FRANCIS GELSO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 215 |
| v. | ) | |
| | ) | Judge James Holderman |
| CORRECTIONAL OFFICER | ) | |
| PEDRO CASTILLO #8315 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:**   Thomas G. Morrissey
   Thomas G. Morrissey, Ltd.
   10249 South Western Ave.
   Chicago, Illinois 60643

PLEASE TAKE NOTICE that on **July 18, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **STIPULATED MOTION TO DISMISS WITH PREJUDICE.**

RICHARD A. DEVINE                        By:   /s /*Kevin Frey*
Cook County State's Attorney                    Kevin Frey
500 Richard J. Daley Center                     Assistant State's Attorney
Chicago, IL  60602                              (312) 603-6189
                                                #6281416

## CERTIFICATE OF SERVICE

I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above addresses by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **July 18, 2008.**

   */ s/Kevin Frey*